IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GOOD I TRADING, INC.<br>d/b/a JG Merchant Sales & Service<br>Suite 350<br>814 West Diamond Road<br>Gaithersburg, MD 20878<br><br>    Plaintiff<br><br>v.<br><br>HANA WASHINGTON, INC.<br>d/b/a Harbour Cafe<br>3000 K Street, N.W., #115<br>Washington, DC 20007<br><br>    Defendant<br><br>Serve on resident agent:<br>Professional Corporation<br>Service, Inc.<br>209 Pennsylvania Ave., S.E.<br>Washington, DC 20003 | Case No. _____ |

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

## COMPLAINT

Plaintiff, Good I Trading, Inc., d/b/a JG Merchant Sales & Service ("JG Merchant"), through its undersigned counsel, hereby sues Defendant, HANA Washington, Inc. d/b/a Harbour Cafe ("Harbour Cafe"), and states as follows:

### The Parties

1. Plaintiff, JG Merchant, is a Maryland corporation that provides automated teller machine ("ATM") services to restaurants and other merchants.

2. Defendant, Harbour Cafe, is a D.C. corporation that operates a restaurant at 3000 K Street, N.W., Washington, DC 20007.

## Jurisdiction and Venue

3. This Court has diversity jurisdiction over this case, under to 28 U.S.C. § 1332, because the parties are citizens of different states and the amount in controversy exceeds $75,000.

4. Venue is proper in this District, under 28 U.S.C. § 1391, because the Defendant resides in this judicial district.

## Count I – Breach of Contract

5. On March 13, 2008, Plaintiff and Defendant entered into a Merchant Processing Agreement ("Agreement") for a period of ten years. Under the Agreement, Plaintiff would be the exclusive provider of ATM services at Defendant's restaurant. A copy of the Agreement is attached hereto as Exhibit A.

6. On or about March 17, 2008 Defendant unilaterally breached the Agreement by contracting with one of Plaintiff's competitors to provide ATM services at Defendant's restaurant and by ceasing to do business with Plaintiff.

7. As a result of Defendant's breach, Plaintiff has suffered damages in the amount of $79,800.

8. Paragraph 15 of the Agreement provides that, in the event of litigation, the prevailing party shall recover its expenses, including reasonable attorneys' fees.

WHEREFORE, Plaintiff requests that this Court enter a judgment against Defendant in the amount of $79,800, plus prejudgment interest, attorneys' fees, and costs of suit.

Respectfully submitted,

_____
Martin H. Schreiber II (DC Bar No. 445948)
Law Office of Martin H. Schreiber II, LLC
3600 Clipper Mill Road, Suite 201
Baltimore, MD 21211
phone: (410) 366-4777
fax: (410) 510-1574
email: mhs@schreiber-law.com

*Attorney for Plaintiff,*
*Good I Trading, Inc., d/b/a JG Merchant Sales & Service*

# EXHIBIT A

# MERCHANT PROCESSING AGREEMENT

Good I Trading, Inc., t/a JG Merchant Sales & Service, (the "JG") and _Harbour Cafe_
(the "Merchant") have entered into the Processing and Site Agreement. This Agreement is effective this _13_ day of _Mar_, _2008_.

1. JG agrees to provide data processing for the Merchant's Automated Teller Machine (the "ATM") located at the Merchant's business at _3000 K st NW #115 Washington DC 20007_ through various switches and service providers determined by JG, in its sole and absolute discretion, pursuant to the terms provided herein.

2. Merchant agrees that the ATM shall be at all times remain available for use by customers of Merchant during Merchant's normal business hours for the term of this Agreement, and agrees to supply sufficient funds in the ATM for customer' use. In the event of any ATM failure, damage, or extraneous circumstance, Merchant shall notify JG within twenty-four hours.

3. JG will pay ___ of all surcharged transaction fees from the ATM terminal to the Merchant. This amount will be deposited to Merchant's designated bank account along with the cash dispensed from the Merchant's ATM. The balance of the surcharge fees of _25cent_ will be paid to JG for its services including maintenance, terminal, and processing fees. The Merchant acknowledges that transaction fees may be adjusted to reflect any change in fees, if any, charged by the Networks.

4. If the performance of any part of this Agreement is prevented, hindered, or delayed by cause(s) beyond reasonable control, including, but not limited to, failure in equipment, electrical power, heat, telecommunication equipment, revocation of computer software license, strike, or acts of God, which cannot be overcome by reasonable diligence and without unusual expense, JG shall not be liable for the loss.

5. The ATM(s) is provided with the manufacturer's warranty on all parts and labor, unless specified in the addendum. The Merchant has the options for extended warranty plans or equipment maintenance plans with the monthly service charge through JG. The replacement parts will be the property of JG and should be returned or paid in full to JG by the Merchant at the time the Agreement is terminated. Replacement parts may be new or reconditioned parts.

6. The initial term of this Agreement is for one hundred twenty (120) months commencing on the date this Agreement is entered into. This Agreement shall automatically renew for a successive sixty (60) month term thereafter at the end of the term unless terminated by either party giving the other party written notice of intent not to renew at least one-hundred and eighty (180) days prior to the expiration date. This Agreement shall be in no way affected by early ATM Lease Pay-off (if applicable).

7. The Merchant understands and acknowledges: 1) that JG provides processing and services only; 2) that the operation of the ATM is Merchant's sole responsibility; 3) that JG shall under no circumstances be liable to the Merchant for damages resulting from any downtime or interruption of the ATM services due to network or switch failure. 4) In the event the Merchant fails to perform any of the terms of this Agreement, and the Merchant fails to cure the breach of the Agreement, JG reserves the right to terminate the Agreement within seven (7) days prior to a written notice.

8. The Merchant shall comply with all federal, state, and local laws, ordinances, and with all regulations and rules of any and all banking involving ATM or POS network or similar network(s). Merchant agrees to defend, indemnify and hold JG harmless from and against any and all claims, liabilities, losses, and damages.

9. The Merchant shall not assign or transfer this Agreement without the prior written consent of JG. In the event the Merchant desires to transfer the ATM or moves his/her business, the Merchant shall notify JG no less than thirty (30) days prior to such event. All costs to transfer equipment are the responsibility of the Merchant. The Merchant represents that they are the owners of the Premises, or they hold a lease or option to renew the lease for said Premises of equal or greater length than the term of this agreement or that they have the authority to place an ATM at the Premises. Should the Merchant sell or transfer the business or the Premises and/or the ATM, then the Merchant will be obligated to notify JG and the Merchant will be required as a condition of sale that the Purchaser assumes the remaining term of this Agreement and all obligations there-under. In the case of transferring the ATM to another

location, this agreement will be automatically deemed amended to apply to the Merchant's new location for any remaining term(s) of this Agreement. The Merchant agrees that he/she will not permit any other ATM(s) or separate/independent cash-back devices to be made available to persons on the Premises or for use on the Premises whether said ATM is owned or operated by the Merchant or a third party. The Merchant agrees to permit JG to place advertising or signage, chosen by JG.

10. In the event the Merchant breaches any term or condition of this Agreement prior to the expiration of its term or subscribe to any other data processing service for processing, the Merchant will pay to JG, as liquidated damages and not as a penalty, the sum equal to one hundred percent (100%) of all monthly net transaction fees and interchange fees the Merchant receives from its new ATM processing service provider for the duration of the term in the Agreement. These liquidated damages will be paid to JG throughout the term of this Agreement. The Merchant agrees that Merchant shall pay to JG, as liquidated damages and not as a penalty, the following:

   1. A sum to be determined by multiplying the number of months remaining on this Agreement as of the date of termination, multiplied by the average surcharge revenues per month earned by Merchant under this Agreement for the six (6) month period immediately preceding the termination.

   2. If the Merchant terminates this Agreement before six (6) months from the date of this Agreement have passed, the Merchant agrees to pay a sum to be determined by multiplying the remaining months on the Agreement, times the revenue from the highest month prior to termination.

11. The Merchant understands and agrees that neither JG nor any independent contractor of JG is an agent of any lessor of the ATM, that they have no authority to act on behalf of or for any lessor, and that they are not authorized to waive or alter any term or condition of any lease for the ATM. The Merchant acknowledges that JG employs independent contractors as local distributors for JG to assist in the sale and placement of ATMs. The Merchant further acknowledges that these independent contractors have no authority to contract or bind JG or waive or alter any term or condition of this Agreement without the expressed written approval of a JG Officer.

12. This Agreement supersedes all prior communications, representations, or agreements, oral or written, between the parties and shall not be modified except in writing signed by each party.

13. Any attempts to transfer or change any stipulation within this document without the prior written consent of JG will be considered null and void.

14. This Agreement shall be construed and enforced under the laws of the State of Maryland.

15. The parties agree that in the event either party is required to institute legal action against the other to enforce their legal rights the party who loses said action shall pay to the prevailing party all the costs and expenses associated with said enforcement to include but not limited to all reasonable attorney fees, all collection fees, reasonable interest charges, all court costs and all repossession cost/expenses.

16. The contents of this Agreement hereof have been explained to the Merchant, and the Merchant understands and accepts the terms and conditions contained therein.

Good I Trading, Inc.
T/A JG Merchant Sales & Service
814 West Diamond Ave. Suite 350
Gaithersburg, MD 20878
(301) 990-7781

Print Name: Wonwo Lee
Title: President
Signature: Wonwo

Merchant
Legal Name: 7 Harbour Cafe
DBA: _____
Address: 3000 K St N.W, Washington DC 20007
Phone: 202-944-4330
Print Name: Kyung Oh
Title: President     Date: 3/13/08
Signature: _____

MPA-1 Revised 1/16/06

JS-44
(Rev.1/05 DC)

# CIVIL COVER SHEET

## I (a) PLAINTIFFS

Good I Trading, Inc. d/b/a JG Merchant Sales and Service

88888

(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF  88888
(EXCEPT IN U.S. PLAINTIFF CASES)

(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)

Martin H. Schreiber II
Law Office of Martin H. Schreiber II, LLC
3600 Clipper Mill Road, Suite 201
Baltimore, MD 21211

## DEFENDANTS

HANA Washington, Inc. d/b/a Harbour Cafe

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF

Case: 1:08-cv-00905
Assigned To : Collyer, Rosemary M.
Assign. Date : 5/28/2008
Description: Contract

## II. BASIS OF JURISDICTION
(PLACE AN x IN ONE BOX ONLY)

○ 1 U.S. Government Plaintiff
○ 3 Federal Question (U.S. Government Not a Party)
○ 2 U.S. Government Defendant
⊙ 4 Diversity (Indicate Citizenship of Parties in item III)

## III CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN x IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) FOR DIVERSITY CASES ONLY!

|  | PTF | DFT |  | PTF | DFT |
|---|---|---|---|---|---|
| Citizen of this State | ○ 1 | ○ 1 | Incorporated or Principal Place of Business in This State | ○ 4 | ⊙ 4 |
| Citizen of Another State | ○ 2 | ○ 2 | Incorporated and Principal Place of Business in Another State | ⊙ 5 | ○ 5 |
| Citizen or Subject of a Foreign Country | ○ 3 | ○ 3 | Foreign Nation | ○ 6 | ○ 6 |

## IV. CASE ASSIGNMENT AND NATURE OF SUIT
(Place a X in one category, A-N, that best represents your cause of action and one in a corresponding Nature of Suit)

○ **A.** *Antitrust*

☐ 410 Antitrust

○ **B.** *Personal Injury/ Malpractice*

☐ 310 Airplane
☐ 315 Airplane Product Liability
☐ 320 Assault, Libel & Slander
☐ 330 Federal Employers Liability
☐ 340 Marine
☐ 345 Marine Product Liability
☐ 350 Motor Vehicle
☐ 355 Motor Vehicle Product Liability
☐ 360 Other Personal Injury
☐ 362 Medical Malpractice
☐ 365 Product Liability
☐ 368 Asbestos Product Liability

○ **C.** *Administrative Agency Review*

☐ 151 Medicare Act

Social Security:
☐ 861 HIA ((1395ff)
☐ 862 Black Lung (923)
☐ 863 DIWC/DIWW (405(g)
☐ 864 SSID Title XVI
☐ 865 RSI (405(g)
Other Statutes
☐ 891 Agricultural Acts
☐ 892 Economic Stabilization Act
☐ 893 Environmental Matters
☐ 894 Energy Allocation Act
☐ 890 Other Statutory Actions (If Administrative Agency is Involved)

○ **D.** *Temporary Restraining Order/Preliminary Injunction*

Any nature of suit from any category may be selected for this category of case assignment.

*(If Antitrust, then A governs)*

○ **E.** *General Civil (Other)*   OR   ○ **F.** *Pro Se General Civil*

Real Property
☐ 210 Land Condemnation
☐ 220 Foreclosure
☐ 230 Rent, Lease & Ejectment
☐ 240 Torts to Land
☐ 245 Tort Product Liability
☐ 290 All Other Real Property

Personal Property
☐ 370 Other Fraud
☐ 371 Truth in Lending
☐ 380 Other Personal Property Damage
☐ 385 Property Damage Product Liability

Bankruptcy
☐ 422 Appeal 28 USC 158
☐ 423 Withdrawal 28 USC 157

Prisoner Petitions
☐ 535 Death Penalty
☐ 540 Mandamus & Other
☐ 550 Civil Rights
☐ 555 Prison Condition

Property Rights
☐ 820 Copyrights
☐ 830 Patent
☐ 840 Trademark

Federal Tax Suits
☐ 870 Taxes (US plaintiff or defendant
☐ 871 IRS-Third Party 26 USC 7609

Forfeiture/Penalty
☐ 610 Agriculture
☐ 620 Other Food &Drug
☐ 625 Drug Related Seizure of Property 21 USC 881
☐ 630 Liquor Laws
☐ 640 RR & Truck
☐ 650 Airline Regs
☐ 660 Occupational Safety/Health
☐ 690 Other

Other Statutes
☐ 400 State Reapportionment
☐ 430 Banks & Banking
☐ 450 Commerce/ICC Rates/etc.
☐ 460 Deportation

☐ 470 Racketeer Influenced & Corrupt Organizations
☐ 480 Consumer Credit
☐ 490 Cable/Satellite TV
☐ 810 Selective Service
☐ 850 Securities/Commodities/ Exchange
☐ 875 Customer Challenge 12 USC 3410
☐ 900 Appeal of fee determination under equal access to Justice
☐ 950 Constitutionality of State Statutes
☐ 890 Other Statutory Actions (if not administrative agency review or Privacy Act

①

| ○ G. *Habeas Corpus/ 2255* | ○ H. *Employment Discrimination* | ○ I. *FOIA/PRIVACY ACT* | ○ J. *Student Loan* |
|---|---|---|---|
| ☐ 530 Habeas Corpus-General<br>☐ 510 Motion/Vacate Sentence | ☐ 442 Civil Rights-Employment (criteria: race, gender/sex, national origin, discrimination, disability age, religion, retaliation)<br><br>*(If pro se, select this deck)* | ☐ 895 Freedom of Information Act<br>☐ 890 Other Statutory Actions (if Privacy Act)<br><br>*(If pro se, select this deck)* | ☐ 152 Recovery of Defaulted Student Loans (excluding veterans) |

| ○ K. *Labor/ERISA (non-employment)* | ○ L. *Other Civil Rights (non-employment)* | ⊙ M. *Contract* | ○ N. *Three-Judge Court* |
|---|---|---|---|
| ☐ 710 Fair Labor Standards Act<br>☐ 720 Labor/Mgmt. Relations<br>☐ 730 Labor/Mgmt. Reporting & Disclosure Act<br>☐ 740 Labor Railway Act<br>☐ 790 Other Labor Litigation<br>☐ 791 Empl. Ret. Inc. Security Act | ☐ 441 Voting (if not Voting Rights Act)<br>☐ 443 Housing/Accommodations<br>☐ 444 Welfare<br>☐ 440 Other Civil Rights<br>☐ 445 American w/Disabilities-Employment<br>☐ 446 Americans w/Disabilities-Other | ☐ 110 Insurance<br>☐ 120 Marine<br>☐ 130 Miller Act<br>☐ 140 Negotiable Instrument<br>☐ 150 Recovery of Overpayment & Enforcement of Judgment<br>☐ 153 Recovery of Overpayment of Veteran's Benefits<br>☐ 160 Stockholder's Suits<br>☒ 190 Other Contracts<br>☐ 195 Contract Product Liability<br>☐ 196 Franchise | ☐ 441 Civil Rights-Voting (if Voting Rights Act) |

**V. ORIGIN**
- ⊙ 1 Original Proceeding
- ○ 2 Removed from State Court
- ○ 3 Remanded from Appellate Court
- ○ 4 Reinstated or Reopened
- ○ 5 Transferred from another district (specify)
- ○ 6 Multi district Litigation
- ○ 7 Appeal to District Judge from Mag. Judge

**VI. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.)
Diversity (28 U.S.C. 1332) suit for breach of contract to provide automatic teller machine ("ATM") services at defendant's restaurant.

**VII. REQUESTED IN COMPLAINT**  ☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23   DEMAND $ 79,800   Check YES only if demanded in complaint
JURY DEMAND:   YES ☐   NO ☒

**VIII. RELATED CASE(S) IF ANY**   (See instruction)   YES ☐   NO ☒   If yes, please complete related case form.

DATE May 27, 2008 / 28   SIGNATURE OF ATTORNEY OF RECORD [signature]

**INSTRUCTIONS FOR COMPLETING CIVIL COVER SHEET JS-44**
Authority for Civil Cover Sheet

The JS-44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. Listed below are tips for completing the civil cover sheet. These tips coincide with the Roman Numerals on the Cover Sheet.

I. COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF/DEFENDANT (b) County of residence: Use 11001 to indicate plaintiff is resident of Washington, D.C.; 88888 if plaintiff is resident of the United States but not of Washington, D.C., and 99999 if plaintiff is outside the United States.

III. CITIZENSHIP OF PRINCIPAL PARTIES: This section is completed only if diversity of citizenship was selected as the Basis of Jurisdiction under Section II.

IV. CASE ASSIGNMENT AND NATURE OF SUIT: The assignment of a judge to your case will depend on the category you select that best represents the primary cause of action found in your complaint. You may select only one category. You must also select one corresponding nature of suit found under the category of case.

VI. CAUSE OF ACTION: Cite the US Civil Statute under which you are filing and write a brief statement of the primary cause.

VIII. RELATED CASES, IF ANY: If you indicated that there is a related case, you must complete a related case form, which may be obtained from the Clerk's Office.

Because of the need for accurate and complete information, you should ensure the accuracy of the information provided prior to signing the form.