CO-386-online
10/03

# United States District Court
# For the District of Columbia

Good I Trading, Inc.  )
d/b/a JG Merchant Sales & Service  )
)
)
    vs    Plaintiff  )    Civil Action No._____
)
HANA Washington, Inc.  )
d/b/a Harbour Cafe  )
)
    Defendant  )

**CERTIFICATE RULE LCvR 7.1**

I, the undersigned, counsel of record for __Good I Trading, Inc. d/b/a JG Merchant Sales & Service__ certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of __Good I Trading, Inc. d/b/a JG Merchant Sales & Service__ which have any outstanding securities in the hands of the public:

None.

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

_____
Signature

445948
BAR IDENTIFICATION NO.

Martin H. Schreiber II
Print Name

3600 Clipper Mill Road, Suite 201
Address

Baltimore, MD 21211
City    State    Zip Code

(410) 366-4777
Phone Number