AO 440 (Rev. DC - September 2003) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE July 3, 2008 at 9:50 am |
| NAME OF SERVER (PRINT) Lorenzo Kenerson | TITLE private process server |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): personal service on Ms. Dietz, Authorized Representative of Professional Service, Inc. Registered Agent for HANA Washington, Inc. at 209 Pennsylvania Ave SE, Washington, DC 20003

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL 55.00 |
|---|---|---|

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   7/3/08
                Date          Signature of Server

Washington Pre-Trial Services, Inc.
4626 Wisconsin Avenue NW #300
Washington, DC 20016
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Good I Trading, Inc.
d/b/a JG Merchant Sales & Service

**SUMMONS IN A CIVIL CASE**

V.

HANA Washington, Inc.
d/b/a Harbour Cafe

Case: 1:08-cv-00905
Assigned To : Collyer, Rosemary M.
Assign. Date : 5/28/2008
Description: Contract

TO: (Name and address of Defendant)

HANA Washington, Inc d/b/a Harbour Cafe
Serve on resident agent:
Professional Corporation Services, Inc.
209 Pennsylvania Ave., S.E.,
Washington, DC 20007

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

MARTIN SCHREIBER, II
3600 CLIPPER MILL ROAD
#201
BALTIMORE, MD. 21211

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON          MAY 2 8 2008
CLERK                                DATE

(By) DEPUTY CLERK