CO 538
Rev. 12/07

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
# FOR THE DISTRICT OF COLUMBIA

Good I Trading, Inc.
_____
Plaintiff(s)

vs.                                             Civil Action No. 1:08-cv-905-RMC

Hana Washington, Inc.
_____
Defendant(s)

## AFFIDAVIT IN SUPPORT OF DEFAULT

I hereby certify under penalty of perjury, this __1st__ day of __August__, __2008__, that I am the attorney of record for the plaintiff in the above-entitled case; that the defendant(s) Hana Washington, Inc. was [were] (select one):

- [✓] personally served with process on __July 3, 2008__.

- [ ] served via registered or certified mail pursuant to provisions of Rule 4(C)(ii) of the Superior Court of the District of Columbia on (date the return receipt was signed by addressee):_____.

- [ ] served via First Class Mail pursuant to provisions of Rule 4(C)(ii) of the Federal Rules of Civil Procedure on (date the Acknowledgment Form was signed by addressee): _____.

- [ ] The authority for obtaining personal jurisdiction over the defendant served outside the District of Columbia is: _____.

I further certify under penalty of perjury that: no appearance has been entered by said defendant(s) in this case; no pleading has been filed and none served upon the attorney for the plaintiff(s); (select one)
- [✓] no extension has been given and the time for filing has expired
- [ ] although an extension has been given, the time for filing has expired;

and the defendant is neither an infant nor an incompetent person.

The Clerk is requested to enter a Default against said defendant(s).

/s/ Martin H. Schreiber
Attorney for Plaintiff(s) [signature]

3600 Clipper Mill Road, Suite 201
Baltimore, MD 21211
(410) 366-4777

445948

Bar Id. Number                                   Name, Address and Telephone Number