Default - Rule 55A (CO 40 Revised-DC 02/00)

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

GOOD I TRADING, INC.
_____

    Plaintiff(s)

   v.

Civil Action No. 08-905 (RMC)

HANA WASHINGTON, INC.
_____

    Defendant(s)

RE: HANA WASHINGTON, INC.
d/b/a HARBOUR CAFE

## DEFAULT

It appearing that the above-named defendant(s) failed to plead or otherwise defend this action though duly served with summons and copy of the complaint on July 3, 2008, and an affidavit on behalf of the plaintiff having been filed, it is this 4th day of August, 2008 declared that defendant(s) is/are in default.

NANCY MAYER-WHITTINGTON, Clerk

By: _____
                Deputy Clerk