IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **GOOD I TRADING, INC.** | * | |
|    Plaintiff | * | |
| v. | * | |
| **HANA WASHINGTON, INC.** | * | Case No. 1:08-cv-905-RMC |
|    Defendant | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

## REQUEST FOR ENTRY OF DEFAULT JUDGMENT

Clerk:

Pursuant to Rule 55(b), please enter a default judgment in favor of the Plaintiff, Good I Trading, Inc. and against the Defendant, HANA Washington, Inc. for the sum certain of $79,800, plus costs in the amount of $405, as set forth in the attached Affidavit of Wonro Lee.

A proposed form of judgment is being filed herewith.

          Respectfully submitted,

          /s/ Martin H. Schreiber II
          Martin H. Schreiber II (DC Bar No. 445948)
          Law Office of Martin H. Schreiber II, LLC
          3600 Clipper Mill Road, Suite 201
          Baltimore, MD  21211
          phone: (410) 366-4777
          fax: (410) 510-1574
          email: mhs@schreiber-law.com

          *Attorney for Plaintiff,*
          *Good I Trading, Inc., d/b/a JG Merchant Sales & Service*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

GOOD I TRADING, INC.            *

    Plaintiff                    *

    v.                           *
                                        Case No. 1:08-cv-905-RMC
HANA WASHINGTON, INC.           *

    Defendant                    *

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

### AFFIDAVIT OF WONRO LEE

WONRO LEE swears as follows:

1. My name is Wonro Lee. I am more than 18 years old and am competent to testify as to the matters herein.

2. I am the President and CEO of the Plaintiff, Good I Trading, Inc.

3. The contract on which this case is brought (Exhibit A to the Complaint) contains a liquidated damages provision.

4. The liquidated damages provision, which is set forth in paragraph 10 of the contract, provides for liquidated damages as a sum certain.

5. Liquidated damages are calculated as follows: "A sum to be determined by multiplying the number of months remaining on this Agreement as of the date of termination, multiplied by the average surcharge revenues per month earned by Merchant under this Agreement for the six (6) month period immediately preceding the termination." (Contract, ¶ 10.1.)

6. At the time of termination, there were 119 months remaining on the contract.

7. The average monthly surcharge revenues during the prior six months was $670.59.

8. Hence, the amount of liquidated damages due under the contract is 119 x $670.59 = $79,800.

9. Plaintiff's costs in this action are $405, based on $350 for the filing fee and $55 for process server's fee.

I swear under the penalties of perjury that the foregoing is true and correct.

_____  8/5/08
Wonro Lee                Date

2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **GOOD I TRADING, INC.** | * | |
| **Plaintiff** | * | |
| v. | * | |
| **HANA WASHINGTON, INC.** | * | Case No. 1:08-cv-905-RMC |
| **Defendant** | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

**JUDGMENT BY DEFAULT**

Pursuant to Rule 55(b)(1), judgement is hereby entered in favor of the Plaintiff, Good I Trading, Inc., and against the Defendant, HANA, Inc., in the amount of $79,800, plus costs in the amount of $405, on this date of _____, 2008.

_____
Clerk