UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GOOD I TRADING, INC., </br></br> Plaintiff, </br></br> v. </br></br> HANA WASHINGTON, INC., </br></br> Defendant. | ) ) ) ) ) ) ) Civil Action No. 08-905 (RMC) ) ) ) ) ) ) |

**ORDER TO SHOW CAUSE WHY DEFAULT JUDGMENT SHOULD NOT BE ENTERED**

On May 28, 2008, Plaintiff, Good I Trading, Inc. d/b/a JG Merchant Sales & Service filed a Complaint against Defendant Hana Washington, Inc. d/b/a Harbour Cafe ("Hana Washington, Inc."), seeking damages for an alleged breach of a Merchant Processing Agreement between Plaintiff and Defendant, dated March 13, 2008.  On July 3, 2008, Defendant was served with the Summons and Complaint.  *See* Dkt. #3.  Defendant's answer was due July 23, 2008.  Defendant has failed to appear, plead, or otherwise defend Plaintiff's Complaint as provided by the Federal Rules of Civil Procedure.  As a result, the Clerk of this Court entered default against Defendant Hana Washington, Inc. on August 4, 2008.  On August 6, 2008, Plaintiff filed a Request for Entry of Default Judgment. *See* Dkt. #6.  Accordingly, it is hereby

**ORDERED** that on or before September 8, 2008, Defendant Hana Washington, Inc. shall **SHOW CAUSE** in writing why the Court should not grant Plaintiff's request for default judgment [Dkt. # 6].

**SO ORDERED**.

Date: August 8, 2008                                          /s/
                                                              ROSEMARY M. COLLYER
                                                              United States District Judge